tioners. *John Guandolo* for respondent. *George S. Parish* for the Veterans of Foreign Wars National Rehabilitation Service, as *amicus curiae,* in support of the petition.

No. 42, Misc. ARCENEAUX *v.* LOUISIANA. Motion for leave to proceed *in forma pauperis* and petition for writ of certiorari to the Supreme Court of Louisiana granted. Case transferred to the appellate docket. *J. Minos Simon* for petitioner.

No. 30. DUGUID ET UX. *v.* BEST, SUPERVISOR, BUREAU OF LAND MANAGEMENT, ET AL. C. A. 9th Cir. Certiorari denied. *Lewis E. Hoffman, Leon BenEzra* and *Charles L. Gilmore* for petitioners. *Solicitor General Cox, Roger P. Marquis* and *A. Donald Mileur* for respondents. ▇

No. 530. SMITH *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Julius A. Itzkowitz* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 575. BREGMAN *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied. *Thomas D. McBride* for petitioner. *Solicitor General Cox, Assistant Attorney General Oberdorfer* and *Joseph M. Howard* for the United States. ▇

No. 615. THE MATADOR ET AL. *v.* MOREWITZ, ADMINISTRATRIX. C. A. 4th Cir. Certiorari denied. *Walter B. Martin, Jr.* for petitioners. ▇